**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**

CANDICE CAMILLE ROYAL,

     Plaintiff,

vs.

GEORGIA CVS PHARMACY L.L.C.
and CAREMARK L.L.C.,

     Defendants.

Case No. 1:26-cv-01357-ELR

**DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS**
**AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1 and L.R. 3.3, Defendants Georgia CVS Pharmacy, L.L.C. and Caremark, L.L.C. hereby files their Certificate of Interested Persons and Corporate Disclosure Statement.

1.    The undersigned counsel of record for a party or proposed intervenor to this action certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:

    a)  Plaintiff Candice Camille Royal;

b) Defendant Georgia CVS Pharmacy, L.L.C. (a Georgia limited liability company);

   i. Georgia CVS Pharmacy, L.L.C.'s member is CVS Pharmacy, Inc., which is a wholly owned subsidiary of CVS Health Corporation, a publicly traded company.

c) Caremark, L.L.C (a California limited liability company).

   i. Caremark, L.L.C.'s member is Caremark Rx, L.L.C., which has as its only member CVS Pharmacy, Inc. CVS Pharmacy, Inc. is a wholly owned subsidiary of CVS Health Corporation, a publicly traded company.

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest which could be substantially affected by the outcome of this case:

None

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:

a) For Plaintiff:

None

b) For Defendants:

Parks K. Stone
WILSON, ELSER, MOSKOWITZ,
EDELMAN AND DICKER, LLP

Mark S. Eisen (*pro hac vice* to be filed)
BENESCH, FRIEDLANDER, COPLAN
& ARONOFF, LLP

4.   The undersigned further certifies that the following is a full and complete list of the citizenship of every individual or entity whose citizenship is attributed to a party or proposed intervenor on whose behalf this certificate is filed:

Georgia CVS Pharmacy, L.L.C.'s member is CVS Pharmacy, Inc., which is a Rhode Island corporation headquartered in Rhode Island. Georgia CVS Pharmacy, L.L.C. is thus a citizen of Rhode Island.

Caremark, L.L.C.'s member is Caremark Rx, L.L.C., which has as its only member CVS Pharmacy, Inc. CVS Pharmacy, Inc., which is a Rhode Island corporation headquartered in Rhode Island. Caremark, L.L.C. is thus a citizen of Rhode Island.

Submitted this 16th day of March, 2026.

|                                   | **WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP** |
|---|---|

3348 Peachtree Road, NE
Suite 1400
Atlanta, GA  30326
470-419-6650 (telephone)
470-419-6651 (facsimile)
parks.stone@wilsonelser.com

*/s/ Parks K. Stone*
Parks K. Stone
GA Bar No.  547930
*Counsel for Defendants Georgia CVS Pharmacy, L.L.C. and Caremark, L.L.C.*

**BENESCH FRIEDLANDER COPLAN & ARONOFF LLP**

71 South Wacker Drive
Suite 1600
Chicago, IL 60606-4637
(312) 212-4956 (telephone)
MEisen@beneschlaw.com

Mark S. Eisen
*Pro hac vice admission forthcoming*

## CERTIFICATE OF FONT COMPLIANCE

This is to certify that I have prepared this filing in a font that is in compliance

with Local Rule 5.1(C).

Dated: March 16, 2026.

**WILSON ELSER MOSKOWITZ**
**EDELMAN & DICKER, LLP**

*/s/ Parks K. Stone*
Parks K. Stone
Georgia Bar No. 547930
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the foregoing **DEFENDANTS'**

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE**

**DISCLOSURE STATEMENT** via electronic mail and by filing it using the Clerk's

CM/ECF electronic filing system which will generate an electronic notice to the

following counsel of record:

Candice Camille Royal, *Plaintiff pro se*
2500 Pleasant Hill Road, Apr. 118
Duluth, GA 30096
Candice18royalis@gmail.com

Dated: March 16, 2026.

*/s/ Parks K. Stone*
Parks K. Stone