**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| CANDICE CAMILLE ROYAL, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | 1:26-CV-01357-ELR |
| | * | |
| GEORGIA CVS PHARMACY, LLC | * | |
| and CAREMARK, LLC | * | |
| | * | |
| Defendants. | * | |
| | * | |

_____

**ORDER**

_____

This matter is before the Court on Defendants' Motion to Dismiss, [Doc. 6], and Motion to Stay, [Doc. 14], and Plaintiff's Motion to Strike and for Remand, [Doc. 12].

Following the filing of Defendants' Motion to Dismiss, [Doc. 6], Plaintiff timely amended her Complaint as a matter of course, as permitted by Federal Rule of Civil Procedure 15(a)(1)(B). The Amended Complaint serves as the operative pleading in this case, and the amendment moots Defendants' first Motion to Dismiss, [Doc. 6], which is addressed to the previous operative pleading. See Southern Pilot Ins. Co. v. CECS, Inc., 15 F. Supp. 3d 1284, 1287 n.1 (N.D. Ga. 2013). Because Defendants have filed a Motion to Dismiss, [Doc. 16], directed to Plaintiff's

Amended Complaint, the Court considers it appropriate to stay the Parties' Rule 16 and 26 obligations pending the Court's ruling on the renewed Motion to Dismiss, [Doc. 16].

Through her Motion, Plaintiff requests that the Court strike the Notice of Removal because it "was signed by an individual (Mark Eisen) who was not authorized to practice in this District or the State of Georgia at the time of filing, rendering the removal legally defective." [Doc. 12 at 6]. The Court perceives no impropriety regarding the Notice of Removal. It declines Plaintiff's invitation to "strike" the removal notice and to remand the case. The Court also declines Plaintiff's request to "disqualify" attorneys Mark Eisen and Parks Stone from representing Defendants due to an "irreconcilable conflict of interest." [Doc. 12 at 7]. Last, the Court declines Plaintiff's request to "strike" Defendants' Motion to Dismiss and Motion for Immediate Status Conference because, among other things, Plaintiff's request is moot.

Accordingly, the Court **DENIES AS MOOT** Defendants' Motion to Dismiss, [Doc. 6], **GRANTS** Defendants' Motion to Stay, [Doc. 14], and **DENIES** Plaintiff's Motion to Strike and for Remand, [Doc. 12].

**SO ORDERED**, this 2nd day of April, 2026.

_Eleanor L. Ross_
Eleanor L. Ross
United States District Judge
Northern District of Georgia